| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>O'Brien, Liotta & Mandel, LLP<br>By: Elizabeth H. Rohan, Esq.<br>1435 Morris Avenue, Suite 3B<br>Union, N.J. 07083<br>(908) 964-7530<br>erohan@olmlaw.net<br>Administrator for Carmine Liotta, Esq. Administrator for Debtor-Decedent Patricia A. Wierick | |
| In Re:<br><br>PATRICIA A. WIERICK,<br><br>                                 Debtor | Case No.: 13-24161<br>Chapter: 13<br>Judge: SLM |

FILED
JAMES J. WALDRON, CLERK
NOV 19 2015
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Carmine Liotta, Esq., Adm. . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  O'Brien, Liotta & Mandel, LLP
1435 Morris Ave., Suite 3B
Union, N.J. 07083
erohan@olmlaw.net

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 12, 2015                                        s/ Elizabeth H. Rohan
                                                                              Signature

new.8/1/15