UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

O'Brien, Liotta & Mandel, LLP
By: Elizabeth H. Rohan, Esq.
1435 Morris Avenue, Suite 3-B
Union, New Jersey 07083
(908) 96407530
erohan@olmlaw.net
Attorneys for Carmine Liotta, Esq., Administrator for
Debtor-Decedent Patricia A. Wierick



Order Filed on January 28,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

PATRICIA A. WIERICK

| | |
|---|---|
| Case No.: | 13-24161 |
| Chapter: | 13 |
| Hearing Date: | December 9, 2015 |
| Judge: | Hon. Stacey L. Meisel |

ORDER REOPENING CASE, RELEASING FUNDS FROM COURT
REGISTRY, AND DISCHARGING DEBTS

The relief set forth on the following pages, numbered two (2) through three (3) is
**ORDERED**.

DATED: January 28, 2016

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor-Decedent:   PATRICIA A. WIERICK

Case No. :   113-24161

Caption of Order:   Order Releasing Funds from Court Registry

---

This matter, having been opened to the Court by O'Brien, Liotta & Mandel, LLP, Attorneys for Carmine Liotta, Esq., Administrator for the Debtor-Decedent, Patricia A. Wierick, Elizabeth H. Rohan, Esq., appearing, and the Court having read and considered the submissions of the parties, and for good cause shown, it is on this __28th__ day of ~~December, 2015,~~ January, 2016

1. **ORDERED** that this case shall be reopened; and it is further

2. **ORDERED** that the entire amount of unclaimed funds which have been deposited with the Clerk, United States Bankruptcy Court, by Marie-Ann Greenberg, Standing Trustee in the above-captioned matter, shall be immediately forwarded to the Administrator of the Debtor-Decedent, Patricia A. Wierick, in form of a check made payable to the Estate of Patricia A. Wierick, in the amount of $40,225.36; and it is further

3. **ORDERED** that the check shall be mailed to Carmine Liotta, Esq., Administrator, O'Brien, Liotta & Mandel, LLP, 1435 Morris Avenue, Suite 3B, Union, New Jersey 07083; and it is further

4. **ORDERED** that the debts of the debtor-decedent Patricia A. Wierick are hereby discharged; and is further

4.1 Ordered that the requirements of filing a Debtors Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management - Official Form B23 are waived; and is further

2

5. **ORDERED** that a copy of this Order shall be served on the Chapter 13 Standing Trustee and all interested parties within __7__ days from the date hereof.

_____
Honorable Stacey L. Meisel, U.S.B.J.

Motion was:

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed

20935001.PLD2a.Order